```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

INTERPOOL, INC.,

              Plaintiff,

- against -

SWIFT INTERMODAL, LLC, ET AL.,

              Defendants.

23-cv-4431 (JGK)

ORDER

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 20, 2023.

SO ORDERED.

Dated:   New York, New York
          June 6, 2023

                                          John G. Koeltl
                                      United States District Judge