# MOLOD SPITZ & DeSANTIS, P.C.

ATTORNEYS AT LAW
1430 BROADWAY, NEW YORK, NY 10018
PHONE (212) 869-3200    FAX (212) 869-4242

dmonaco@molodspitz.com
www.molodspitz.com

NEW JERSEY OFFICE*
35 JOURNAL SQUARE, SUITE 1005
JERSEY CITY, NJ 07306
(201) 795-5400

*REPLY TO NEW YORK OFFICE

June 29, 2023

**Via ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Interpool, Inc. v. Swift Intermodal LLC, et al.,
      Case 1:23-cv-04431(JGK)
      Our File: MTI-401

Dear Honorable Judge Koeltl:

This office represents the Defendants in the above caption matter.

Kindly allow this letter to serve as our response to Plaintiff's Motion to Remand pursuant to 28 U.S.C. 1447(c) **(See Document 11)**. We consent to Plaintiff's Motion and agree to remand this action to New York State Supreme Court.

Please advise if Your Honor would like this office to file a proposed Order granting Plaintiff's Motion.

Respectfully submitted,

MOLOD SPITZ & DeSANTIS, P.C.

By: *Dennis J. Monaco*
Dennis J. Monaco, Esq.

DM:/kb

*By agreement, the Clerk is directed to remand this case to the New York State Supreme Court, New York County, and to close it on the docket of this Court. So ordered.*
*6/29/23  [signed] JGKoeltl*
*U.S.D.J.*